**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| ROBERT MOORE, | Case No. 2:16-CV-01602-APG-PAL |
| Plaintiff, | |
| v. | **ORDER** |
| DITECH FINANCIAL, LLC, *et al.*, | (ECF Nos. 6, 8) |
| Defendants. | |

On August 1, 2016, the defendants filed a motion to dismiss (ECF No. 6) and a motion to expunge lis pendens (ECF No. 8). The plaintiff's responses to those motions were due by August 18, 2016. To date, the plaintiff has not filed any opposition. Local Rule 7-3(d) states: "The failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." Because the plaintiff has not filed any opposition to the motions, and because good cause supports granting those motions, the motions will be granted.

IT IS HEREBY ORDERED that the defendants' motion to dismiss **(ECF No. 6)** and motion to expunge lis pendens **(ECF No. 8) are GRANTED**. The plaintiff's complaint is dismissed without prejudice.

IT IS FURTHER ORDERED that, pursuant to N.R.S. 14.015, the lis pendens recorded by the plaintiff against the property at 7416 Oak Grove Avenue, Las Vegas, NV 89119; APN No.: 163-03-210-017 (the "Property") is hereby canceled. The plaintiff is ordered to record with the Clark County Recorder a copy of this order of cancelation within 30 days of entry of this order.

Dated: September 13, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE